IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22CV469-GCM

| | |
|---|---|
| LARENA SCHAIAVONE BUSH, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court upon Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act. Defendant has filed no objection. Accordingly.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff, Larena Schaiavone Bush, is awarded attorney fees in the amount of Seven Thousand, Six Hundred and Ninety-five Dollars and 66/100 Cents ($7,695.66), and costs in the amount of Four Hundred, Two Dollars and 00/100 Cents ($402.00), under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Larena Schaiavone Bush, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Signed: July 3, 2023

Graham C. Mullen
United States District Judge